Grievance Administrator v Dajos, No. 92376. In the absence of any objection by the Grievance Administrator, the motion to vacate the automatic stay of MCR 9.122(C) is granted.

Reconsideration denied January 31, 1992.

*Leave to Appeal From Attorney Discipline Board Denied November 8, 1991:*

Grievance Administrator v Lakin, No. 91133. The stay granted pursuant to MCR 9.122(C) is to remain in effect until twenty-one days after the effective date of this order.

Levin, J. I would reduce the discipline imposed to a reprimand.